**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Matthew E. Kotok                                   CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 18-21406 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas

Brian Nicholas
30 Nov 2020, 09:42:53, EST

Brian C. Nicholas, Esq. (317240) ☑
Maria D. Miksich, Esq. (319383) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com