IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Matthew E. Kotok |
|---|---|
| CASE NO. | 18-21406-GLT |
| RELATED TO DOCUMENT NO. | 64 |

NOTICE REGARDING
NONCONFORMING DOCUMENT

The Withdrawal of Proof of Claim No. 2 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Withdrawal of Claim No. 2 of Citizens Bank, N.A. must be refiled in compliance with Western PA Local Bankruptcy Rule 5005-6(b). Specifically, the document must contain an electronic signature for the filing party and the filing party's mailing address and telephone number.

You must file the revised Withdrawal of Proof of Claim No. 2 within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in the bankruptcy case.

**Please attach a copy of this Notice to the front of the revised Withdrawal of Proof of Claim No. 2 that is filed in response to this Notice.**

|  |  |
|---|---|
| February 27, 2023 | By: Connie Ulysse |
| Date | Deputy Clerk |
|  | 412-316-1657 Direct Dial |
|  | 412-644-4060 Clerk's Office |

#106c-I

Copy mailed to:   Matthew S. Falcao, Bankruptcy Specialist
                  Citizens Bank, N.A.
                  Rodney D. Shepherd, Esq.
                  Ronda J. Winnecour, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21406-GLT |
| Matthew E. Kotok | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 27, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Matthew S. Falcao, Bktcy.Specialist, Citizens Bank, N.A., 1 Citizens Bank Way, Johnston, RI 02919-1922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14828774 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 28 2023 00:09:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor PNC BANK NA jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Feb 27, 2023 | Form ID: pdf900 | Total Noticed: 2

    ustpregion03.pi.ecf@usdoj.gov

Richard W. Schimizzi
    on behalf of Creditor Elliott Community Federal Credit Union rws@schimizzilaw.com
    mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com

Rodney D. Shepherd
    on behalf of Debtor Matthew E. Kotok rodsheph@cs.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7