Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Matthew E. Kotok** | : | Case No. 18−21406−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 9/8/2023 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 9/20/23 at 11:00 AM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 25th of July, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 69 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1) *On or before September 8, 2023*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *September 20, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Matthew E. Kotok  
    Debtor

Case No. 18-21406-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jul 25, 2023      Form ID: 604      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew E. Kotok, 607 Parliament Drive, Coraopolis, PA 15108-3277 |
| 14809182 | + | Elliott Community Federal Credit Union, 920 North Fourth Street, Jeannette, PA 15644-1499 |
| 14809183 | | Key Bank, c/o Raymond Wendolowski, Esquire, Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14809186 | + | Virginia Kotok, 609 Parliament Drive, Coraopolis, PA 15108-3277 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 25 2023 23:28:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14864614 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2023 23:45:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14809178 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2023 23:45:13 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14828774 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 25 2023 23:28:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14809185 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 25 2023 23:28:00 | RBS Citizens, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 14809180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2023 23:45:25 | Citicards/CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14809181 | | Email/Text: mrdiscen@discover.com | Jul 25 2023 23:28:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14814352 | | Email/Text: mrdiscen@discover.com | Jul 25 2023 23:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14864610 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 25 2023 23:29:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14809179 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 26 2023 00:12:57 | Chase/Bank One Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 14910125 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 25 2023 23:29:00 | Key Bank, c/o Bernstein-Burkley, P.C., Attn: Ray P. Wendolowski, Esq., 707 Grant St., Ste. 2200 Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14866459 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2023 23:35:00 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14809184 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 25 2023 23:28:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 14865706 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 25 2023 23:28:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PNC BANK NA |
| cr |  | PNC BANK, NATIONAL ASSOCIATION |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Elliott Community Federal Credit Union, 920 North Fourth Street, Jeannette, PA 15644-1499 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor PNC BANK NA jblank@pincuslaw.com  brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard W. Schimizzi | on behalf of Creditor Elliott Community Federal Credit Union rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Rodney D. Shepherd | on behalf of Debtor Matthew E. Kotok rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7