UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-21406 GLT |
|     MATTHEW E. KOTAK, | ) | |
| | ) | Chapter 13 |
| | ) | |
|     Debtor. | ) | |
| | ) | Docket No. 77 |
|     MATTHEW E. KOTAK, | ) | Related to Docket No. 76 |
| | ) | |
|     Movant, | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| ELLIOTT COMMUNITY FEDERAL CREDIT UNION, | ) | Hearing Date and Time: 11/15/2023 at 9:00 a.m. |
|     Respondent. | ) | |

**HEARING NOTICE ON**
**Motion Seeking Cancellation of Various Mortgage Costs, Reallocation of Payments and Recalculation of Mortgage Principal**

TO THE RESPONDENT(s):

You are notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than October 5, 2023 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and Motion to a lawyer at once.

An in-person hearing will be held on November 15, 2023 at 9:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to

appear remotely must register by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to a scheduled hearing.  All parties participating remotely shall comply shall comply with Judge Taddonio's *General Procedures,* (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: September 18, 2023; service by U.S. Mail and electronic filing.

                By:    /s/ Rodney D. Shepherd
                      Rodney D. Shepherd, Esquire
                      Attorney for Movant/Applicant
                      PA I.D. No. 56914
                      rodsheph@cs.com

                      2403 Sidney Street
                      Suite 208
                      Pittsburgh, PA  15203
                      (412) 471-9670