IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/20/23 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-21406-GLT |
| | : | Chapter: | 13 |
| Matthew E. Kotok | : | | |
| | : | | |
| | : | Date: | 9/20/2023 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**  #69 Trustee's Motion for Approval of Report of Receipts and Disbursements - Plan Completed.
[Response due 9/8/2023]
#69 Status Conference Re: Why The Debtor Failed To File Certification(s) Required For Discharge.
[Response due 9/8/2023]
# 75 - Financial Management Course Certificate

**APPEARANCES**:
Debtor:   Rodney D. Shepherd
Trustee:   Kate Desimone

**NOTES:**   [11:03]

Shepherd: Will file certificate of discharge immediately after hearing. His oversight.

**OUTCOME:**

1) For reasons stated on the record, the *Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* [Dkt. No. 69] is continued to October 4, 2023 at 11 a.m. [Text order].

**DATED:**  9/20/2023