IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/20/23 4:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

MATTHEW E. KOTOK

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-21406

Chapter 13

Document No.: 69

## ORDER OF COURT

AND NOW, this ___20th___ day of __September__, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Dated: 9/20/23
cm: debtor

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21406-GLT |
| Matthew E. Kotok | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Sep 20, 2023      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew E. Kotok, 607 Parliament Drive, Coraopolis, PA 15108-3277 |
| 14809182 | + | Elliott Community Federal Credit Union, 920 North Fourth Street, Jeannette, PA 15644-1499 |
| 14809183 | | Key Bank, c/o Raymond Wendolowski, Esquire, Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14809186 | + | Virginia Kotok, 609 Parliament Drive, Coraopolis, PA 15108-3277 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2023 23:21:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14864614 | | Email/PDF: bncnotices@becket-lee.com | Sep 21 2023 01:07:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14809178 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2023 00:26:38 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14828774 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2023 23:21:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14809185 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2023 23:21:00 | RBS Citizens, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 14809180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 23:39:55 | Citicards/CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14809181 | | Email/Text: mrdiscen@discover.com | Sep 20 2023 23:21:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14814352 | | Email/Text: mrdiscen@discover.com | Sep 20 2023 23:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14864610 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 20 2023 23:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14809179 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 21 2023 00:57:14 | Chase/Bank One Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 14910125 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 20 2023 23:22:00 | Key Bank, c/o Bernstein-Burkley, P.C., Attn: Ray P. Wendolowski, Esq., 707 Grant St., Ste. 2200 Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14866459 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 23:39:48 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14809184 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 23:21:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 14865706 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 23:21:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: pdf900 | Total Noticed: 18 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PNC BANK NA |
| cr |  | PNC BANK, NATIONAL ASSOCIATION |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Elliott Community Federal Credit Union, 920 North Fourth Street, Jeannette, PA 15644-1499 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor PNC BANK NA jblank@pincuslaw.com  brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard W. Schimizzi | on behalf of Creditor Elliott Community Federal Credit Union rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Rodney D. Shepherd | on behalf of Debtor Matthew E. Kotok rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7