UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  MATTHEW E. KOTOK, DEBTOR. | Case No. 18-21406 GLT |
| | Chapter 13 |
| MATTHEW E. KOTOK, Movant, | |
| Vs. | |
| ELLIOTT COMMUNITY FEDERAL CREDIT UNION, Respondent. | |

**RESPONSE TO MOTION SEEKING CANCELLATION OF VARIOUS MORTGAGE COSTS, REALLOCATION OF PAYMENTS and RECALCULATION OF MORTGAGE PRINCIPAL**

AND NOW, comes the Respondent, Elliott Community Federal Credit Union, by and through its attorney, Maria V. Rossi, Esq. and Rossi Legal Co., who respectfully represents the following in response to Movant's Motion Seeking Cancellation of Various Mortgage Costs, Reallocation of Payments and Recalculation of Mortgage Principal:

1. Elliott Community Federal Credit Union ("hereinafter Elliott") does not have record of receiving previous filings in the above captioned action.

2. Elliott admits the Trustee has been making payments in the amount of $384.00 which was applied to interest on a select few payments based on Elliott's computer system.

3. Elliott is agreeable to recalculate the previous payments made by the Trustee to be applied to principal.

4. Elliott avers there was no willful or intentional violation of the Bankruptcy Stay as the system applied the payments automatically and this error was only brought to Elliott's attention with this motion.

5. Debtor's attorney did not reach out to Elliott to resolve this matter without Court interference.

6. Elliott does not believe attorney fees are necessary as this was an unnecessary Motion that could have been handled separately by counsel.

7. Elliott agrees to recalculate the payments made under the Chapter 13 Bankruptcy Plan to apply them to the principal.

8. Once the stay is lifted, Elliott will resume application of payments in accordance with the Mortgage Agreement.

**WHEREFORE,** Elliott requests the Court enter an Order requesting recalculation of the payments and mortgage but deny Debtor's request for attorney's fees.

Date: 10/4/23

Maria V. Rossi, Esquire
PA ID #: 325724

Rossi Legal Co.
PO Box 206
Youngstown, PA 15696
(724) 244-0569
Maria@RossiLegal.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing has been furnished via electronic transmission to:

>Rodney D. Shepherd, Esq.
>Attorney for Movant/Applicant
>2403 Sidney Street
>Suite 208
>Pittsburgh, PA 15203
>rodsheph@cs.com

Maria V. Rossi, Esq.
PA ID #: 325724

Rossi Legal Co.
PO Box 206
Youngstown, PA 15696
(724) 244-0569
Maria@RossiLegal.org