FILED
11/16/23 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-21406-GLT |
| | : | Chapter: | 13 |
| Matthew E. Kotok | : | | |
| | : | | |
| | : | Date: | 11/15/2023 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:** #79 Motion Seeking Cancellation of Various Mortgage Costs, Reallocation of Payments and Recalculation of Mortgage Principal.
#94 - Opposition Response filed by Elliott Community Federal Credit Union

**APPEARANCES:**
   Debtor:   Rodney D. Shepherd, [Matthew Kotok]
   Elliott Community FCU:   Maria Rossi

**NOTES:**   [9:06]

Rossi: Elliot is going to fix the improperly applied payments. Do not feel attorneys fees necessary because Debtor did not contact Elliot before filing this motion. Hearing could have been avoided.

Court: This is a mistake that should not have happened. Maybe not necessary to award all attorney's fees, but some award is appropriate because Elliot did not comply and still has not to completely resolved the matter since the motion was filed.   Three hours of attorney time at $275/hour appears appropriate under the circumstances.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion Seeking Cancellation of Various Mortgage Costs, Reallocation of Payments and Recalculation of Mortgage Principal* [Dkt. No. 79] is continued to January 12, 2024 at 9 a.m.  On or before December 15, 2023, the parties shall jointly submit under certification of counsel either: (a) a stipulation resolving the motion, or (b) a status report detailing issues that remain in dispute. [Text order].

**DATED:**   11/15/2023