FILED
12/18/23 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  MATTHEW E. KOTOK, | ) | Case No. 18-21406 GLT |
| DEBTOR. | ) | |
| | ) | **Chapter 13** |
| MATTHEW E. KOTOK, | ) | |
| Movant, | ) | Related Dkt. Nos. 79 and 97 |
| | ) | |
| Vs. | ) | |
| | ) | |
| ELLIOTT COMMUNITY | ) | |
| FEDERAL CREDIT | ) | |
| UNION, | ) | |
| Respondent. | ) | |

**STIPULATED ORDER RESOLVING MOTION SEEKING CANCELLATION OF
MORTGAGE COSTS, REALLOCATION OF PAYMENTS AND RECALCULATION
OF MORTGAGE PRINCIPAL [Dkt. No. 79]**

Pursuant to the *Text Order dated November 16, 2023 at Docket No. 96 and pursuant to a
hearing held on 11/15/2023*, the Chapter 13 Creditor, Elliott Community Federal Credit Union
and the Debtor(s) stipulate as follows:

1.  This Stipulated Order relates to the loan account Debtor has at Elliott Community
    Federal Credit Union (hereinafter "Elliott").


2.  Debtor, through the Trustee, has been making monthly payments of $384.00
    towards the loan agreement. Some of these payments were inadvertently applied
    to the interest on the account in Elliott's system.


3.  To fix this error, Elliott has applied all the payments made by the Trustee towards

-1-

the principal of the loan and has eliminated all interest which inadvertently accrued during the Bankruptcy Payments. A true and correct copy of the payment modification is attached hereto as Exhibit "A".

4.     The current balance of the loan is $29,694.35. A true and correct copy of the Account Balance is attached hereto as Exhibit "B".

5.     For the remainder of the Bankruptcy, Elliott will continue to apply the payments to the principal of the loan and no interest will accrue.

6.     Once the Bankruptcy is completed and the stay is lifted, Debtor resume monthly payments of $387.40 in accordance with the loan agreement and interest will again begin to accrue.

7.     Elliott will pay attorney's fees to Rodney Shepard in the amount of $550.00.

**WHEREFORE**, the Parties having come to the agreement outlined herein, the hearing scheduled for January 12, 2024 at 9:00 AM [Dkt. Nos. 95 and 96] is cancelled.

Certified and Stipulated by:                    Certified and Stipulated by:

_/s/ Rodney Shepard_____                    ___/s/ Maria Rossi_____
Rodney Shepard, Esq.                            Maria Rossi, Esq.
Counsel to Debtor                               Counsel to Elliott Community Federal Credit Union

Date: 12/14/2023                                Date: 12/14/2023

                                                So ORDERED this 18th day of December 2023

                                                _____
                              -2-               GREGORY L. TADDONIO
                                                CHIEF U.S. BANKRUPTCY JUDGE

| Due Date | Payment Amount | Payment Number |
|---|---|---|
| 12-19-2023 | 387.40 | 1 |
| 01-19-2024 | 387.40 | 2 |
| 02-19-2024 | 387.40 | 3 |
| 03-19-2024 | 387.40 | 4 |
| 04-19-2024 | 387.40 | 5 |
| 05-19-2024 | 387.40 | 6 |
| 06-19-2024 | 387.40 | 7 |
| 07-19-2024 | 387.40 | 8 |
| 08-19-2024 | 387.40 | 9 |
| 09-19-2024 | 387.40 | 10 |
| 10-19-2024 | 387.40 | 11 |
| 11-19-2024 | 387.40 | 12 |
| 12-19-2024 | 387.40 | 13 |
| 01-19-2025 | 387.40 | 14 |
| 02-19-2025 | 387.40 | 15 |
| 03-19-2025 | 387.40 | 16 |
| 04-19-2025 | 387.40 | 17 |
| 05-19-2025 | 387.40 | 18 |
| 06-19-2025 | 387.40 | 19 |
| 07-19-2025 | 387.40 | 20 |
| 08-19-2025 | 387.40 | 21 |
| 09-19-2025 | 387.40 | 22 |
| 10-19-2025 | 387.40 | 23 |
| 11-19-2025 | 387.40 | 24 |
| 12-19-2025 | 387.40 | 25 |
| 01-19-2026 | 387.40 | 26 |
| 02-19-2026 | 387.40 | 27 |
| 03-19-2026 | 387.40 | 28 |
| 04-19-2026 | 387.40 | 29 |
| 05-19-2026 | 387.40 | 30 |
| 06-19-2026 | 387.40 | 31 |
| 07-19-2026 | 387.40 | 32 |
| 08-19-2026 | 387.40 | 33 |

```
CU NAME:   ELLIOTT COMMUNITY FEDERAL CREDIT UNION - JEANNETTE PA  15644          PAGE: 2 RPT: 0
DATABASE:  sqlmi-aacu-prod-001.a167cd89a077.database.windows.net-C39 VER-2023.1.3.2    ACCT PRD: 12/2023
  REPORT:  LOAN PAYMENT SCHEDULE                                                 TELLER: ANR
EFF. DATE: 12-13-2023                                                           RUN DATE: 12-13-2023 09:21:12
```

| Due Date | Payment Amount | Payment Number |
|---|---|---|
| 09-19-2026 | 387.40 | 34 |
| 10-19-2026 | 387.40 | 35 |
| 11-19-2026 | 387.40 | 36 |
| 12-19-2026 | 387.40 | 37 |
| 01-19-2027 | 387.40 | 38 |
| 02-19-2027 | 387.40 | 39 |
| 03-19-2027 | 387.40 | 40 |
| 04-19-2027 | 387.40 | 41 |
| 05-19-2027 | 387.40 | 42 |
| 06-19-2027 | 387.40 | 43 |
| 07-19-2027 | 387.40 | 44 |
| 08-19-2027 | 387.40 | 45 |
| 09-19-2027 | 387.40 | 46 |
| 10-19-2027 | 387.40 | 47 |
| 11-19-2027 | 387.40 | 48 |
| 12-19-2027 | 387.40 | 49 |
| 01-19-2028 | 387.40 | 50 |
| 02-19-2028 | 387.40 | 51 |
| 03-19-2028 | 387.40 | 52 |
| 04-19-2028 | 387.40 | 53 |
| 05-19-2028 | 387.40 | 54 |
| 06-19-2028 | 387.40 | 55 |
| 07-19-2028 | 387.40 | 56 |
| 08-19-2028 | 387.40 | 57 |

| Due Date | Payment Amount | Payment Number |
|---|---|---|
| 10-19-2028 | 387.40 | 59 |
| 11-19-2028 | 387.40 | 60 |
| 12-19-2028 | 387.40 | 61 |
| 01-19-2029 | 387.40 | 62 |
| 02-19-2029 | 387.40 | 63 |
| 03-19-2029 | 387.40 | 64 |
| 04-19-2029 | 387.40 | 65 |
| 05-19-2029 | 387.40 | 66 |
| 06-19-2029 | 387.40 | 67 |
| 07-19-2029 | 387.40 | 68 |
| 08-19-2029 | 387.40 | 69 |
| 09-19-2029 | 387.40 | 70 |
| 10-19-2029 | 387.40 | 71 |
| 11-19-2029 | 387.40 | 72 |
| 12-19-2029 | 387.40 | 73 |
| 01-19-2030 | 387.40 | 74 |
| 02-19-2030 | 387.40 | 75 |
| 03-19-2030 | 387.40 | 76 |
| 04-19-2030 | 387.40 | 77 |
| 05-19-2030 | 387.40 | 78 |
| 06-19-2030 | 387.40 | 79 |
| 07-19-2030 | 387.40 | 80 |
| 08-19-2030 | 387.40 | 81 |
| 09-19-2030 | 387.40 | 82 |
| 10-19-2030 | 387.40 | 83 |
| 11-19-2030 | 387.40 | 84 |

```
CU NAME:    ELLIOTT COMMUNITY FEDERAL CREDIT UNION - JEANNETTE PA  15644              PAGE: 3 RPT: 0
DATABASE:   sqlmi-aacu-prod-001.a167cd89e077.database.windows.net-C39 VER-2023.1.3.2  ACCT PRD: 12/2023
REPORT:     LOAN PAYMENT SCHEDULE                                                     TELLER: ANR
EFF. DATE:  12-13-2023                                                                RUN DATE: 12-13-2023 09:21:12
```

| Due Date | Payment Amount | Payment Number |
|---|---|---|
| 12-19-2030 | 387.40 | 85 |
| 01-19-2031 | 387.40 | 86 |
| 02-19-2031 | 387.40 | 87 |
| 03-19-2031 | 387.40 | 88 |
| 04-19-2031 | 387.40 | 89 |
| 05-19-2031 | 387.40 | 90 |
| 06-19-2031 | 387.40 | 91 |
| 07-19-2031 | 387.40 | 92 (Estimated - Please Contact CU |
| | | For Actual Amount Due At Final Payment) |

=======END OF PAYMENT SCHEDULE=======

CU NAME:  ELLIOTT COMMUNITY FEDERAL CREDIT UNION    PAGE: 2
TELLER: ANR                                         RUN DATE: 12-13-2023

#2001 - MATTHEW E. KOTOK

Member Contact Information)
 BDay:   06-30-1965        607 PARLIAMENT DRIVE
 Open:   01-05-1984        CORAOPOLIS, PA 15108
 HPh:    (412)299-9278
 WPh:                      Jnt:
 FPh:                      Pri:
 CPh:    (412)996-3848
 APh:                      Tin: 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
Email:   mekotok@gmail.com

Share Accounts
Shr #  Available  Balance    Rate     Type
-----  ---------- ---------- ------   ----
0           0.00       5.00  0.0000   MS
7         596.30     596.30  0.0000   SD
       ---------- ----------
Total     596.30     601.30

Loans
Ln #  Type  PayOff      Balance     Payment     Due Dt      DysDlq  DlqAmt  Rate
-----  ----  ----------  ----------  ----------  ----------  ------  ------  -------
1      HE    29,694.35   29,690.49      387.40   12-19-2023  0         0.00  4.7400
             ----------  ----------  ----------
Total        29,694.35   29,690.49      387.40


Micr Information
Type     MICR Number        ShNo    Company ID            Name                                      Dmd/Sav  Alt Name
-------  -----------------  ------  --------------------  ----------------------------------------  -------  --------------------
S/D      20017              7
ACH      2001               7                                                                       Dmd
ACH      20017              7                                                                       Dmd
Dmd      4156160000028726   0                                                                       Sav
Dmd      4156160000028726   7                                                                       Dmd
ACH      2001               7                                                                       Sav

ATM/Debit Cards
Card No                Status       Issue Dte    Close Dte    Expire Dte   Card Holder                    Deflt  Sav   Chk   MM
-------------------    ----------   ----------   ----------   ----------   ----------------------------   -----  ----- ----- -----
4156160000028726       Active       8/1/2014                  8/31/2017    MATTHEW E KOTOK                S-7    S-0   S-7
4529560000065505       Active       8/10/2017                 9/30/2020    MATTHEW E KOTOK                S-7    S-0   S-7

ELLIOTT COMMUNITY FEDERAL CREDIT UNION

Member #2001 - MATTHEW E. KOTOK - Transaction History, From 07-13-2008 To 12-13-2023, For L-1

Teller: ANR

12/13/2023 9:14:38 AM

| Eff Date | ID | Code | Post Amt | New Bal | Prin/Fee | Int/Wth | Draft# | Desc/Comment | Tlr | Last Date | Act Date | TranSeq | RecCtr | TransactionCategoryID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-12-23 | L-1 | LPGL | 8,054.13 | 29,690.49 | 0.00 | 8,054.13 | | ADJUSTED BK INTREST | JCB | 12-01-23 | 12-12-23 | 4688873 | 11628389 | |
| 12-12-23 | L-1 | LPGL | 10.00 | 29,690.49 | 0.00 | 10.00 | | | JCB | 12-01-23 | 12-12-23 | 4688869 | 11628385 | |
| 12-01-23 | L-1 | LPCR | 387.40 | 29,690.49 | 0.00 | 387.40 | | | LAC | 11-20-23 | 12-01-23 | 4670272 | 11601932 | |
| 11-20-23 | L-1 | LPIT | 386.49 | 29,690.49 | -386.49 | 0.00 | | BK POSTING ERROR-2/2/22-ADJSUTMENT | ANR | 11-20-23 | 11-20-23 | 4651593 | 11572292 | |
| 11-20-23 | L-1 | LZIT | -386.49 | 30,076.98 | 0.00 | -386.49 | | KOTOK BK POSTING ERROR | ANR | 11-20-23 | 11-20-23 | 4651593 | 11572291 | |
| 11-20-23 | L-1 | LZIT | 405.03 | 30,076.98 | -405.03 | 0.00 | | BK POSTING ERROR-12/27/21-ADJUSTMENT | ANR | 11-20-23 | 11-20-23 | 4651592 | 11572290 | |
| 11-20-23 | L-1 | LZIT | -405.03 | 30,482.01 | 0.00 | -405.03 | | KOTOK BK POSTING ERROR | ANR | 11-20-23 | 11-20-23 | 4651592 | 11572289 | |
| 11-20-23 | L-1 | LPIT | 372.08 | 30,482.01 | -372.08 | 0.00 | | BK POSTING ERROR-10/28/21- ADJUSTMENT | ANR | 11-20-23 | 11-20-23 | 4651589 | 11572286 | |
| 11-20-23 | L-1 | LZIT | -372.08 | 30,854.09 | 0.00 | -372.08 | | KOTOK BK ERROR-2001 | ANR | 11-20-23 | 11-20-23 | 4651589 | 11572285 | |
| 11-20-23 | L-1 | LPIT | 394.26 | 30,854.09 | -394.26 | 0.00 | | BK POSTING ERROR-11/30/18-ADJUSTMENT | ANR | 10-27-23 | 11-20-23 | 4651588 | 11572284 | |
| 11-20-23 | L-1 | LZIT | -394.26 | 31,248.35 | 0.00 | -394.26 | | KOTOK BK ERROR ADJUSTMENT-2001 | ANR | 10-27-23 | 11-20-23 | 4651588 | 11572283 | |
| 10-27-23 | L-1 | LPCR | 387.40 | 31,248.35 | 0.00 | 387.40 | | | LAC | 09-28-23 | 10-27-23 | 4612204 | 11512183 | |
| 09-28-23 | L-1 | LPCR | 387.40 | 31,248.35 | 0.00 | 387.40 | | | LAC | 09-01-23 | 09-28-23 | 4563028 | 11431281 | |
| 09-01-23 | L-1 | LPCR | 387.40 | 31,248.35 | 0.00 | 387.40 | | | LAC | 08-10-23 | 09-01-23 | 4519030 | 11364966 | |
| 08-10-23 | L-1 | LPIT | 60.00 | 31,248.35 | -60.00 | 0.00 | | BK CORRECTION LATE FEES | ANR | 07-28-23 | 08-10-23 | 4481636 | 11307676 | |
| 07-28-23 | L-1 | LPCR | 387.40 | 31,308.35 | 0.00 | 387.40 | | | LCS | 06-29-23 | 07-28-23 | 4460403 | 11275812 | |
| 06-29-23 | L-1 | LPIT | 36.10 | 31,308.35 | -36.10 | 0.00 | | BK PAYMENT CORRECTION | ANR | 06-29-23 | 06-29-23 | 4411020 | 11194431 | |
| 06-28-23 | L-1 | LPIT | 387.40 | 31,344.45 | 0.00 | 387.40 | | | LCS | 06-02-23 | 06-28-23 | 4409635 | 11191647 | |
| 06-02-23 | L-1 | LPIT | 387.40 | 31,344.45 | 0.00 | 387.40 | | | LCS | 05-31-23 | 06-02-23 | 4367824 | 11299850 | |
| 05-31-23 | L-1 | LPCR | 465.49 | 31,344.45 | -465.49 | 0.00 | | BK PAYMENT CK#1268137 | ANR | 05-31-23 | 05-31-23 | 4362150 | 11119222 | |
| 05-31-23 | L-1 | LPIT | 465.88 | 31,809.94 | -465.88 | 0.00 | | BK PAYMENT 4/26/23 CORRECTION | ANR | 05-02-23 | 05-31-23 | 4362146 | 11119215 | |
| 05-02-23 | L-1 | LPIT | 387.40 | 32,275.82 | 0.00 | 387.40 | | PERSONAL PAYMENT FOR LOAN/BK WAS D... | ANR | 04-26-23 | 05-02-23 | 4317338 | 11051420 | |
| 02-27-23 | L-1 | LPCR | 465.48 | 32,275.82 | -465.48 | 0.00 | | CK#1259740/CH 13 PMT | CLA | 01-31-23 | 02-27-23 | 4219521 | 10895197 | |
| 01-31-22 | L-1 | LPCR | 103.45 | 32,741.30 | -103.45 | 0.00 | | | ANR | 12-27-22 | 01-31-23 | 4178866 | 10831760 | |
| 12-27-22 | L-1 | LPIT | 384.00 | 32,844.75 | -384.00 | 0.00 | | | ANR | 12-27-22 | 12-27-22 | 4130355 | 10750500 | |
| 11-29-22 | L-1 | LPCR | 442.70 | 33,228.75 | -442.70 | 0.00 | | BK PAYMENT | ANR | 10-27-22 | 11-29-22 | 4087440 | 10684599 | |
| 10-27-22 | L-1 | LPIT | 464.66 | 33,671.45 | -464.66 | 0.00 | | BK PAYMENT | ANR | 09-29-22 | 10-27-22 | 4038813 | 10610192 | |
| 09-29-22 | L-1 | LPCR | 474.56 | 34,136.11 | -474.56 | 0.00 | | BANKRUPTCY PAYMENT | ANR | 08-31-22 | 09-29-22 | 3996315 | 10540056 | |
| 08-31-22 | L-1 | LPIT | 474.72 | 34,610.67 | -474.72 | 0.00 | | BANKRUPTCY PAYMENT | RAF | 08-12-22 | 08-31-22 | 3953144 | 10472524 | |
| 08-12-22 | L-1 | LPIT | 473.09 | 35,085.39 | -473.09 | 0.00 | | BK PAYMENT 7/28/22 | ANR | 07-28-22 | 08-12-22 | 3924469 | 10430192 | |
| 06-29-22 | L-1 | LPCR | 471.33 | 35,558.48 | -471.33 | 0.00 | | | RAF | 05-27-22 | 06-29-22 | 3855919 | 10319619 | |
| 05-27-22 | L-1 | LPCR | 468.53 | 36,029.81 | -468.53 | 0.00 | | BK PAYMENTS | HBS | 04-28-22 | 05-27-22 | 3805934 | 10244998 | |
| 04-28-22 | L-1 | LPCR | 464.34 | 36,498.34 | -464.34 | 0.00 | | BK PAYMENT | RAF | 03-28-22 | 04-28-22 | 3760390 | 10174979 | |
| 03-28-22 | L-1 | LPCR | 458.38 | 36,962.68 | -458.38 | 0.00 | | BK PAYMENT | HBS | 02-25-22 | 03-28-22 | 3714137 | 10099359 | |
| 02-25-22 | L-1 | LPCR | 450.18 | 37,421.06 | -450.18 | 0.00 | | BK PAYMENT | HBS | 02-02-22 | 02-25-22 | 3667554 | 10027828 | |
| 02-02-22 | L-1 | LPIT | 406.49 | 37,871.24 | 0.00 | 386.49 | | FEE:20.00 | HBS | 01-28-22 | 02-02-22 | 3633351 | 9974319 | |
| 01-28-22 | L-1 | LPCR | 439.25 | 37,871.24 | -439.25 | 0.00 | | BK PAYMENT | HBS | 12-27-21 | 01-28-22 | 3627338 | 9965262 | |
| 12-27-21 | L-1 | LPCR | 425.03 | 38,310.49 | 0.00 | 405.03 | | FEE:20.00/BK PAYMENT/M. KOTOK | LCS | 10-28-21 | 12-27-21 | 3583544 | 9889821 | |
| 10-28-21 | L-1 | LPCR | 392.08 | 38,310.49 | 0.00 | 372.08 | | FEE:20.00 | CLK | 09-28-21 | 10-28-21 | 3491014 | 9749475 | |
| 09-28-21 | L-1 | LPCR | 399.73 | 38,310.49 | -399.73 | 0.00 | | Chapter 13 Bankruptcy Payment | JNC | 08-30-21 | 09-28-21 | 3445233 | 9674683 | |
| 08-30-21 | L-1 | LPCR | 399.72 | 38,710.22 | -399.72 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | JNC | 07-29-21 | 08-30-21 | 3401250 | 9606826 | |

ELLIOTT COMMUNITY FEDERAL CREDIT UNION  
Teller: ANR  
12/13/2023 9:14:38 AM  
Member #2001 - MATTHEW E. KOTOK - Transaction History, From 07-13-2008 To 12-13-2023, For L-1

| Eff Date | ID | Code | Post Amt | New Bal | Princ/Fee | Int/Wth | Draft# | Desc/Comment | Tlr | Last Date | Act Date | TranSeq | RecCtr | TransactionCategoryID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-29-21 | L-1 | LPCR | 399.68 | 39,109.94 | -399.68 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | JNC | 06-28-21 | 07-29-21 | 3352491 | 9532128 | |
| 06-28-21 | L-1 | LPCR | 377.52 | 39,509.62 | -377.52 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | JNC | 05-28-21 | 06-28-21 | 3304870 | 9454380 | |
| 05-28-21 | L-1 | LPCR | 377.51 | 39,887.14 | -377.51 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | JNC | 04-28-21 | 05-28-21 | 3259236 | 9385082 | |
| 04-28-21 | L-1 | LPCR | 377.50 | 40,264.65 | -377.50 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | JNC | 03-29-21 | 04-28-21 | 3212585 | 9312434 | |
| 03-29-21 | L-1 | LPCR | 377.97 | 40,642.15 | -377.97 | 0.00 | | Chapter 13 Bankruptcy Payment | JNC | 02-24-21 | 03-29-21 | 3166173 | 9235655 | |
| 02-24-21 | L-1 | LPCR | 754.20 | 41,020.12 | -754.20 | 0.00 | | Chapter 13 Bankruptcy Payment | JNC | 01-27-21 | 02-24-21 | 3114549 | 9154237 | |
| 01-27-21 | L-1 | LPCR | 377.69 | 41,774.32 | -377.69 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | JNC | 11-30-20 | 01-27-21 | 3076273 | 9092491 | |
| 11-30-20 | L-1 | LPCR | 376.60 | 42,152.01 | -376.60 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | JNC | 10-30-20 | 11-30-20 | 2995975 | 8959731 | |
| 10-30-20 | L-1 | LPCR | 753.67 | 42,528.61 | -753.67 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | HBS | 09-30-20 | 10-30-20 | 2953718 | 8894084 | |
| 09-30-20 | L-1 | LPCR | 372.27 | 43,282.28 | -372.27 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | JNC | 07-31-20 | 09-30-20 | 2911360 | 8822076 | |
| 07-31-20 | L-1 | LPCR | 371.93 | 43,654.55 | -371.93 | 0.00 | | chapter 13 bankruptcy payment | JNC | 06-29-20 | 07-31-20 | 2825877 | 8688968 | |
| 06-29-20 | L-1 | LPCR | 371.92 | 44,026.48 | -371.92 | 0.00 | | chapter 13 bankruptcy payment | JNC | 05-28-20 | 06-29-20 | 2780074 | 8610914 | |
| 05-28-20 | L-1 | LPCR | 371.95 | 44,398.40 | -371.95 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | JNC | 04-29-20 | 05-28-20 | 2734772 | 8540927 | |
| 04-29-20 | L-1 | LPCR | 387.20 | 44,770.35 | -387.20 | 0.00 | | chapter 13 bankruptcy payment | JNC | 04-29-20 | 04-29-20 | 2696370 | 8479250 | |
| 03-26-20 | L-1 | LPCR | 387.17 | 45,157.55 | -387.17 | 0.00 | | chapter 13 bankruptcy payment | JNC | 02-27-20 | 03-26-20 | 2655489 | 8404381 | |
| 02-27-20 | L-1 | LPCR | 387.12 | 45,544.72 | -387.12 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | JNC | 01-30-20 | 02-27-20 | 2616683 | 8341959 | |
| 01-30-20 | L-1 | LPCR | 385.31 | 45,931.84 | -385.31 | 0.00 | | chapter 13 bankruptcy payment | JNC | 12-27-19 | 01-30-20 | 2576730 | 8278317 | |
| 12-27-19 | L-1 | LPCR | 383.64 | 46,317.15 | -383.64 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | JNC | 12-02-19 | 12-27-19 | 2531116 | 8199751 | |
| 12-02-19 | L-1 | LPCR | 382.40 | 46,700.79 | -382.40 | 0.00 | | chapter 13 bankruptcy payment | JNC | 10-28-19 | 12-02-19 | 2499242 | 8141057 | |
| 10-28-19 | L-1 | LPCR | 380.64 | 47,083.19 | -380.64 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | JNC | 09-26-19 | 10-28-19 | 2444665 | 8063082 | |
| 09-26-19 | L-1 | LPCR | 383.25 | 47,463.83 | -383.25 | 0.00 | | CHAPTER 13 BANKRUPTCY PAYMENT | JNC | 09-26-19 | 09-26-19 | 2398402 | 7982995 | |
| 08-29-19 | L-1 | LPCR | 379.61 | 47,847.08 | -379.61 | 0.00 | | chapter 13 bankruptcy payment | JNC | 07-31-19 | 08-29-19 | 2358241 | 7919412 | |
| 07-31-19 | L-1 | LPCR | 374.46 | 48,226.69 | -374.46 | 0.00 | | chapter 13 bankruptcy payment | JNC | 06-27-19 | 07-31-19 | 2315786 | 7852278 | |
| 06-27-19 | L-1 | LPCR | 364.15 | 48,601.15 | -364.15 | 0.00 | | ch13 bankruptcy payment | JNC | 05-28-19 | 06-27-19 | 2267301 | 7770832 | |
| 05-28-19 | L-1 | LPCR | 353.91 | 48,965.30 | -353.91 | 0.00 | | chapter 13 bankruptcy payment | JNC | 04-29-19 | 05-28-19 | 2223878 | 7702435 | |
| 04-29-19 | L-1 | LPCR | 348.58 | 49,319.21 | -348.58 | 0.00 | | chpt 13 bankruptcy pymt m.kotok | JNC | 03-28-19 | 04-29-19 | 2182067 | 7636695 | |
| 03-28-19 | L-1 | LPCR | 353.83 | 49,667.79 | -353.83 | 0.00 | | chapter 13 bankruptcy payment m.kotok | JNC | 02-28-19 | 03-28-19 | 2135015 | 7556136 | |
| 02-28-19 | L-1 | LPCR | 353.83 | 50,021.62 | -353.83 | 0.00 | | chpt 13 bankruptcy m.kotok home equity | JNC | 01-28-19 | 02-28-19 | 2095167 | 7491209 | |
| 01-28-19 | L-1 | LPCR | 353.83 | 50,375.45 | -353.83 | 0.00 | | M.KOTOK CH13 BANKRUPTCY PAYMENT HO... | JNC | 12-24-18 | 01-28-19 | 2052989 | 7422711 | |
| 12-24-18 | L-1 | LPCR | 394.28 | 50,729.28 | -394.28 | 0.00 | | m.kotok ch13 bankruptcy payment | JNC | 11-30-18 | 12-24-18 | 2009025 | 7344992 | |
| 11-30-18 | L-1 | LPCR | 394.26 | 51,123.56 | 0.00 | 394.26 | | CHAPTER 13 PAYMENT | DNM | 10-31-18 | 11-30-18 | 1974011 | 7289966 | |
| 10-31-18 | L-1 | LPCR | 394.25 | 51,123.56 | -394.25 | 0.00 | | M.KOTOK HOME EQUITY LN CHPT 13 BNKR... | JNC | 09-27-18 | 10-31-18 | 1932157 | 7222355 | |
| 09-27-18 | L-1 | LPCR | 396.30 | 51,517.81 | -396.30 | 0.00 | | m.kotok chpt 13 bankruptcy | JNC | 08-30-18 | 09-27-18 | 1884515 | 7139237 | |
| 08-30-18 | L-1 | LPCR | 1,584.38 | 51,914.11 | -1,584.38 | 0.00 | | m.kotok home equity chpt 13 bnkruptcy | JNC | 04-19-18 | 08-30-18 | 1846501 | 7077940 | |
| 04-19-18 | L-1 | LPRC | 387.40 | 53,498.49 | -171.34 | 216.06 | | | HBS | 03-19-18 | 04-19-18 | 1660892 | 6775405 | |
| 03-19-18 | L-1 | LPRC | 387.40 | 53,669.83 | -198.52 | 188.88 | | | DNM | 02-17-18 | 03-19-18 | 1619175 | 6700940 | |
| 02-20-18 | L-1 | LPRC | 387.40 | 53,868.35 | -162.87 | 224.53 | | | KRG | 01-19-18 | 02-17-18 | 1578560 | 6633384 | |
| 01-19-18 | L-1 | LPRC | 387.40 | 54,031.22 | -169.20 | 218.20 | | | DNM | 12-19-17 | 01-19-18 | 1540633 | 6571389 | |
| 12-19-17 | L-1 | LPRC | 387.40 | 54,200.42 | -175.56 | 211.84 | | | HBS | 11-19-17 | 12-19-17 | 1501806 | 6497968 | |
| 11-19-17 | L-1 | LPRC | 387.40 | 54,375.98 | -167.82 | 219.58 | | | DNM | 11-20-17 | 11-20-17 | 1461626 | 6432937 | |
| 10-19-17 | L-1 | LPRC | 387.40 | 54,543.80 | -174.22 | 213.18 | | | HBS | 09-19-17 | 10-19-17 | 1421243 | 6366475 | |

ELLIOTT COMMUNITY FEDERAL CREDIT UNION    Teller: ANR    12/13/2023 9:14:38 AM

Member #2001 - MATTHEW E. KOTOK - Transaction History, From 07-13-2008 To 12-13-2023, For L-1

| Eff Date | ID | Code | Post.Amt | New Bal | Princ/Fee | Int/Wth | Draft# | Desc/Comment | Tlr | Last Date | Act Date | TranSeq | RecCtr | TransactionCategoryID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-19-17 | L-1 | LPRC | 387.40 | 54,718.02 | -166.45 | 220.95 | | | HBS | 08-19-17 | 09-19-17 | 1382448 | 6294432 | |
| 08-19-17 | L-1 | LPRC | 387.40 | 54,884.47 | -165.78 | 221.62 | | | HBS | 07-19-17 | 08-21-17 | 1346021 | 6232080 | |
| 07-19-17 | L-1 | LPRC | 387.40 | 55,050.25 | -172.26 | 215.14 | | | DNM | 06-19-17 | 07-19-17 | 1304212 | 6159328 | |
| 06-19-17 | L-1 | LPRC | 387.40 | 55,222.51 | -164.43 | 222.97 | | | DNM | 05-19-17 | 06-19-17 | 1265389 | 6087457 | |
| 05-19-17 | L-1 | LPRC | 387.40 | 55,386.94 | -170.95 | 216.45 | | | HBS | 04-19-17 | 05-19-17 | 1230513 | 6023015 | |
| 04-19-17 | L-1 | LPRC | 387.40 | 55,557.89 | -163.08 | 224.32 | | | SJC | 03-19-17 | 04-19-17 | 1196241 | 5960784 | |
| 03-19-17 | L-1 | LPRC | 387.40 | 55,720.97 | -184.12 | 203.28 | | | DNM | 02-19-17 | 03-20-17 | 1163272 | 5903324 | |
| 02-19-17 | L-1 | LPRC | 387.40 | 55,905.09 | -161.69 | 225.71 | | | DNM | 01-19-17 | 02-21-17 | 1134779 | 5856068 | |
| 01-19-17 | L-1 | LPRC | 387.40 | 56,066.78 | -168.31 | 219.09 | | | SJC | 12-20-16 | 01-19-17 | 1101822 | 5802954 | |
| 12-20-16 | L-1 | LPRC | 33.76 | 56,235.09 | -26.45 | 7.31 | | | DNM | 12-19-16 | 12-20-16 | 1072819 | 5749547 | |
| 12-19-16 | L-1 | LPRC | 353.64 | 56,261.54 | -133.93 | 219.71 | | | DNM | 11-19-16 | 12-19-16 | 1070621 | 5746707 | |
| 11-19-16 | L-1 | LPRC | 387.40 | 56,395.47 | -159.72 | 227.68 | | | DNM | 10-19-16 | 11-21-16 | 1041557 | 5699519 | |
| 10-19-16 | L-1 | LPRC | 387.40 | 56,555.19 | -166.42 | 220.98 | | | DNM | 09-19-16 | 10-19-16 | 1009434 | 5646815 | |
| 09-19-16 | L-1 | LPRC | 387.40 | 56,721.61 | -158.42 | 228.98 | | | SJC | 08-19-16 | 09-19-16 | 978349 | 5590896 | |
| 08-19-16 | L-1 | LPRC | 387.40 | 56,880.03 | -157.78 | 229.62 | | | DNM | 07-19-16 | 08-19-16 | 948924 | 5543298 | |
| 07-19-16 | L-1 | LPRC | 387.40 | 57,037.81 | -164.55 | 222.85 | | | DNM | 06-19-16 | 07-19-16 | 917324 | 5490870 | |
| 06-19-16 | L-1 | LPRC | 387.40 | 57,202.36 | -156.49 | 230.91 | | | SJC | 05-19-16 | 06-20-16 | 893696 | 5436981 | |
| 05-19-16 | L-1 | LPRC | 387.40 | 57,358.85 | -163.30 | 224.10 | | | SJC | 04-19-16 | 05-19-16 | 882654 | 5386092 | |
| 04-19-16 | L-1 | LPRC | 387.40 | 57,522.15 | -155.21 | 232.19 | | | SJC | 03-19-16 | 04-19-16 | 871799 | 5335719 | |
| 03-19-16 | L-1 | LPRC | 387.40 | 57,677.36 | -169.55 | 217.85 | | | SJC | 02-19-16 | 03-21-16 | 861443 | 5281236 | |
| 02-19-16 | L-1 | LPRC | 387.40 | 57,846.91 | -153.90 | 233.50 | | | SJC | 01-19-16 | 02-19-16 | 850825 | 5232106 | |
| 01-19-16 | L-1 | LPRC | 387.40 | 58,000.81 | -153.29 | 234.11 | | | SJC | 12-19-15 | 01-19-16 | 839273 | 5179979 | |
| 12-19-15 | L-1 | LPRC | 387.40 | 58,154.10 | -160.21 | 227.19 | | | SJC | 11-19-15 | 12-21-15 | 829340 | 5127723 | |
| 11-19-15 | L-1 | LPRC | 387.40 | 58,314.31 | -152.03 | 235.37 | | | SJC | 10-19-15 | 11-19-15 | 817906 | 5075034 | |
| 10-19-15 | L-1 | LPRC | 387.40 | 58,466.34 | -159.00 | 228.40 | | | SJC | 09-19-15 | 10-19-15 | 807064 | 5023125 | |
| 09-19-15 | L-1 | LPRC | 387.40 | 58,625.34 | -150.78 | 236.62 | | | SJC | 08-19-15 | 09-21-15 | 796761 | 4970619 | |
| 08-19-15 | L-1 | LPRC | 387.40 | 58,776.12 | -150.18 | 237.22 | | | SJC | 07-19-15 | 08-19-15 | 784659 | 4915832 | |
| 07-19-15 | L-1 | LPRC | 387.40 | 58,926.30 | -157.22 | 230.18 | | | SJC | 06-19-15 | 07-20-15 | 773788 | 4865181 | |
| 06-19-15 | L-1 | LPRC | 387.40 | 59,083.52 | -148.94 | 238.46 | | | DNM | 05-19-15 | 06-19-15 | 763029 | 4811571 | |
| 05-19-15 | L-1 | LPRC | 387.40 | 59,232.46 | -156.03 | 231.37 | | | SJC | 04-19-15 | 05-19-15 | 751668 | 4759602 | |
| 04-19-15 | L-1 | LPRC | 387.40 | 59,388.49 | -147.72 | 239.68 | | | DNM | 03-19-15 | 04-20-15 | 741294 | 4710186 | |
| 03-19-15 | L-1 | LPRC | 387.40 | 59,536.21 | -99.70 | 287.70 | | | DNM | 02-19-15 | 03-19-15 | 730514 | 4654682 | |
| 02-19-15 | L-1 | LPRC | 387.40 | 59,635.91 | 0.00 | 387.40 | | | DNM | 01-19-15 | 02-19-15 | 720604 | 4608691 | |
| 01-20-15 | L-1 | LZIT | -387.40 | 59,635.91 | 169.23 | -218.17 | | POSTING ERROR | SJC | 01-19-15 | 01-20-15 | 710419 | 4560733 | |
| 01-19-15 | L-1 | LPRC | 387.40 | 59,466.68 | -364.09 | 23.31 | | | SJC | 01-16-15 | 01-19-15 | 710072 | 4557274 | |
| 01-16-15 | L-1 | LPCR | 387.40 | 59,830.77 | -169.23 | 218.17 | | BACK DOOR | KYM | 12-19-14 | 01-16-15 | 709594 | 4556511 | |
| 12-19-14 | L-1 | LNCD | -60,000.00 | 60,000.00 | 60,000.... | 0.00 | | | SJC | | 12-19-14 | 700556 | 4509159 | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 18-21406-GLT

Matthew E. Kotok                                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Dec 18, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

**Recip ID              Recipient Name and Address**
db                    + Matthew E. Kotok, 607 Parliament Drive, Coraopolis, PA 15108-3277

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

Brian Nicholas
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Jerome B. Blank
                    on behalf of Creditor PNC BANK NA jblank@pincuslaw.com  brausch@pincuslaw.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Maria Rossi
                    on behalf of Creditor Elliott Community Federal Credit Union maria@rossilegal.org

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Richard W. Schimizzi

District/off: 0315-2                           User: auto                                    Page 2 of 2

Date Rcvd: Dec 18, 2023                        Form ID: pdf900                               Total Noticed: 1

on behalf of Creditor Elliott Community Federal Credit Union rws@schimizzilaw.com
mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com

Rodney D. Shepherd

on behalf of Creditor Elliott Community Federal Credit Union rodsheph@cs.com

Rodney D. Shepherd

on behalf of Debtor Matthew E. Kotok rodsheph@cs.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 9